# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| Eddricco L. Brown-Bey**,** | **)** | JUDGMENT IN CASE |
| | **)** | |
| Plaintiff, | **)** | 3:22-cv-00189-MR |
| | **)** | |
| vs. | **)** | |
| | **)** | |
| State of North Carolina Division of | **)** | |
| Adult Corrections, et al**,** | **)** | |
| Defendant(s). | **)** | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 5, 2022 Order.

May 5, 2022

*Frank G. John*

Frank G. Johns, Clerk
United States District Court